UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 01-CR-257 (LAP) |
| -against- | ORDER |
| LUIS ROJAS, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Luis Rojas's motion

[dkt. no. 295] requesting a reduction of his sentence under 18

U.S.C. § 3582(c)(1)(A)(i).  The Government shall respond to Mr.

Rojas's motion by November 23, 2020, and Mr. Rojas shall file

any reply by December 7, 2020.

**SO ORDERED.**

Dated:     October 23, 2020
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge