UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

LUIS ROJAS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/14/2020

01 Cr. 00257-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government is directed to provide the Court with a copy of Defendant Rojas' presentence investigation report by **December 15, 2020**.

SO ORDERED.

Dated: December 14, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge